# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-20215
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 23, 2019

Lyle W. Cayce
Clerk

JOSEPH E. KIGGUNDU,

      Plaintiff - Appellant

v.

THE BANK OF NEW YORK MELLON, formerly known as The Bank of New York, as Trustee for CWALT 2006-35CB; BAYVIEW LOAN SERVICING, L.L.C.,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1455

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:*

    Joseph Kiggundu appeals the district court's dismissal of his fourth (out of five) challenges to the attempted foreclosure of real property located in Spring, Texas. In so doing, he fails to demonstrate any continuing live issues given that the foreclosure in question never occurred, and he does not address

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

any other issues that continue to be live. The appeal, then, is moot. Even if something in the appeal could impact a current issue, Kiggundu has failed to adequately brief such an issue, so it is deemed abandoned. *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

The appeal is DISMISSED.